CORARAIN JOHNSON, Respondent, v. SYNTEX LABORATORIES, INC., Appellant.—

Concur — Stevens, P. J., Capozzoli, Nunez, Kupferman and Steuer, JJ.

LANCE INTERNATIONAL, INC., Appellant, v. FIRST NATIONAL CITY BANK, Respondent.—

Concur — Stevens, P. J., Capozzoli, Nunez and Kupferman, JJ.